IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN CHALOVICH, JAMES W. GLOEKLER, )
DENNIS E. EICKER, MICHAEL R. DUNLEAVY, )
ROGER QUIGLEY and CHARLES F. FUELLGRAF, III )   NO. 05-0776
as trustees of the WESTERN PENNSYLVANIA )
ELECTRICAL EMPLOYEES PENSION, INSURANCE )   Judge Donetta W. Ambrose
AND DEFERRED COMPENSATION FUNDS and )
ALBERT R. JOHNSON, as agent for the NATIONAL )
ELECTRICAL BENEFIT FUND, )
)
            Plaintiffs, )
)
vs. )
)
VANTAGE CORPORATION, )
LEANNE POMPONIO and MATT RAJAKOVIC, )
)
            Defendants. )

## CONSENT JUDGMENT

AND NOW, this 27th day of July 2005, with the consent of the parties, judgment is hereby entered in favor of the Plaintiffs and against Defendants Vantage Corporation, Leanne Pomponio and Matt Rajakovic as follows:

### Count I
### Funds v. Vantage Corporation

| | |
|---|---:|
| Principal | $ 18,227.78 |
| Interest through 6/30/05 | 665.05 |
| Liquidated Damages | 1,607.66 |
| Filing/Service Fees | 295.25 |
| | $ 20,795.74 |

*Plus additional interest from 6/30/05*

### Count II
### Funds v. Leanne Pomponio and Matt Rajakovic

| | |
|---|---:|
| Principal | $ 16,410.77 |
| Interest through 6/30/05 | 630.76 |
| Liquidated Damages | 1,607.66 |
| | $ 18,649.19 |

*Plus additional interest from 6/30/05*

<u>**Count III**</u>
**Funds v. Leanne Pomponio and Matt Rajakovic**

| | |
|---|---|
| Principal | $ 1,817.01 |
| Interest through 6/30/05 | 34.29 |
| | $ 1,851.30 |

*Plus additional interest from 6/30/05*

Defendant Vantage Corporation agrees to submit to Plaintiffs its current reports with payment by the 15th of the month after the month in which electricians performed work.

Defendants Vantage Corporation, Leanne Pomponio and Matt Rajakovic agree to submit payment of the total principal, interest and costs within sixty (60) days of the date of this Order. Upon payment of all principal, interest and costs, Plaintiffs will consider waiving the liquidated damages totaling $1,607.66.

As long as the above conditions are met, Plaintiffs will take no action to execute upon this judgment and the judgment shall be satisfied.

_____
The Honorable Donetta W. Ambrose
United States District Court

CONSENTED TO:

_____
Jeffrey J. Leech
Attorney for Plaintiffs

_____
Leanne Pomponio

VANTAGE CORPORATION

By: _____
Name: Leanne Pomponio
Title: President

_____
Matt Rajakovic

2

LIT:362978-1 012179-006591